# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUDING IP, LLC f/k/a STEC IP, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> APPLE INC., ) <br> ) <br> Defendant. ) | C.A. No. 12-638-UNA <br><br> Jury Trial Demanded |

## NOTICE OF NAME CHANGE OF STEC IP, LLC TO CLOUDING IP, LLC

PLEASE TAKE NOTICE THAT on May 24, 2012, Plaintiff STEC IP, LLC ("Plaintiff") changed its name to Clouding IP, LLC. No other changes have been made to Plaintiff. Plaintiff continues to exist as the same Delaware limited liability company that filed this action. (D.I. 1.) Plaintiff's ownership has not changed since the filing of this action. Plaintiff remains owner by assignment from Symantec Corporation of all patents asserted in this action.

May 29, 2012

OF COUNSEL:

SNR DENTON US LLP

Mark L. Hogge
Shailendra K. Maheshwari
1301 K Street, NW, Suite 600, East Tower
Washington, DC 20005-3364
(202) 408-6400
mark.hogge@snrdenton.com
shailendra.maheshwari@snrdenton.com

BAYARD, P.A.

 /s/ Stephen B. Brauerman
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

*Attorneys for Plaintiff Clouding IP, LLC*
*formerly known as STEC IP, LLC*