IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUDING IP LLC (f/k/a STEC IP LLC), | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 12-638-LPS |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| APPLE INC., | ) |
| | ) |
| Defendant. | ) |

### APPLE INC.'S MOTION TO DISMISS CLOUDING IP LLC'S ALLEGATIONS OF WILLFULNESS AND INDIRECT INFRINGEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

Defendant Apple Inc. ("Apple"), by and through its undersigned counsel, respectfully moves the Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss Plaintiff Clouding IP LLC's ("Clouding") claims of willful and induced infringement against Apple, as set forth in Clouding's First Amended Complaint for Patent Infringement (D.I. 13). The grounds for Apple's Motion are more fully set forth in Apple's accompanying Opening Brief in Support, filed contemporaneously herewith.

Clouding has failed to adequately allege that Apple had actual prior knowledge of the asserted patents at the time of the alleged infringement, which is a prerequisite for claims of willful and induced infringement. Accordingly, Apple requests that Clouding's First Amended Complaint with respect to its assertions of willful and induced infringement be dismissed.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Marcus E. Sernel P.C.<br>Bryan S. Hales P.C.<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Tel: (312) 862-2000 | By: */s/ David E. Moore*<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com |
| Kenneth H. Bridges<br>Michael T. Pieja<br>BRIDGES & MAVRAKAKIS LLP<br>3000 El Camino Real<br>One Palo Alto Square, 2nd Floor<br>Palo Alto, CA 94304<br>Tel: (650) 804-7800 | *Attorneys for Apple Inc.* |

Adam R. Brausa
BRIDGES & MAVRAKAKIS LLP
180 N. LaSalle Street, Suite 2215
Chicago, IL 60601
Tel: (312) 216-1620

Dated: September 4, 2012
1073477 / 39252

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## **CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on September 4, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on September 4, 2012, the attached document was electronically mailed to the following person(s)

| | |
|---|---|
| Richard D. Kirk | Mark L. Hogge |
| Stephen B. Brauerman | Shailendra K. Maheshwari |
| Vanessa R. Tiradentes | SNR Denton US LLP |
| Bayard, P.A. | 1301 K Street, NW |
| 222 Delaware Avenue, Suite 900 | Suite 600, East Tower |
| Wilmington, DE 19899 | Washington, DC 20005-3364 |
| rkirk@bayardlaw.com | mark.hogge@snrdenton.com |
| sbrauerman@bayardlaw.com | shailendra.maheshwari@snrdenton.com |
| vtiradentes@bayardlaw.com | |

By: */s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Bindu A. Palapura
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

1063952 / 39252